Dana Bobroff, (AZ Bar # 019682)
Deputy Attorney General
Paul Spruhan (NM Bar # 12513)
Assistant Attorney General
William Gregory Kelly (AZ Bar # 026843)
Attorney, Natural Resources Unit
Navajo Nation Department of Justice
P.O. Box 2010
Window Rock, Arizona   86515-2010
Tel (928) 871-6347; Fax (928) 871-6177
gregkelly@nndoj.org
*Attorneys for the Navajo Nation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| THE NAVAJO NATION, | |
| Plaintiff, | |
| v. | CV 11-08205 PCT PGR |
| THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | **NOTICE OF SERVICE** |
| Defendants. | |

I hereby certify that on February 1, 2012, I caused to be sent a true copy of the Court's January 23, 2012 **ORDER SETTING SCHEDULING CONFERENCE**, by Certified U.S. Mail, Return Receipt Requested, to the following defendants who had returned receipt of service of the summons and complaint:

> The United States of America
> Eric H. Holder, Jr., Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001

1

>The United States of America
>c/o Civil-Process Clerk
>The United States Attorney's Office, District of Arizona
>Two Renaissance Square
>40 N. Central Avenue, Suite 1200
>Phoenix, AZ 85004-4408

>The United States Department of the Interior
>1849 C Street, N.W.
>Washington DC 20240

>Kenneth Salazar, Secretary
>The Department of the Interior
>1849 C Street, N.W.
>Washington DC 20240

>Tom O. Clark
>Park Superintendent
>Canyon de Chelly National Monument
>P.O. Box 588
>Chinle, AZ 86503

and additionally to the following defendants, together with a *second* certified mailing of the summons and complaint:

>The National Park Service
>1849 C Street NW
>Washington, DC 20240

>Jonathan B. Jarvis, Director
>The National Park Service
>1849 C Street NW
>Washington, DC 20240

>>*/s/ William Gregory Kelly*
>>William Gregory Kelly, Esq.
>>AZ Bar # 026843
>>Navajo Nation Department of Justice
>>P.O. Box 2010
>>Window Rock, Arizona 86515-2010
>>Tel (928) 871-6347; Fax (928) 871-6177
>>gregkelly@nndoj.org
>>*Attorney for Plaintiff Navajo Nation*