# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

THE NAVAJO NATION

    Plaintiff(s)/Petitioner(s),

vs.

KENNETH SALAZAR, et al.,

    Defendant(s)/Respondent(s)

CASE NO: 3:11-cv-08205-PGR

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)

FILED / RECEIVED / LODGED / COPY
FEB 01 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## NOTICE:  $50.00 APPLICATION FEE REQUIRED!

I, **BRIAN LELAND LEWIS**, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of **THE NAVAJO NATION**.

**City and State of Principal Residence:** WINDOW ROCK, NAVAJO NATION (ARIZONA)
**Firm Name:** NAVAJO NATION DEPARTMENT OF JUSTICE
**Address:** POST OFFICE BOX 2010   **Suite:**
**City:** WINDOW ROCK   **State:** AZ   **Zip:** 86515
**Firm/Business Phone:** (928) 871-6933
**Firm Fax Phone:** (928) 871-6200   **E-mail Address:** blewis@nndoj.org

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| U.S. DISTRICT COURT - DISTRICT OF NEW MEXICO | 08/04/2011 | ☑ Yes  ☐ No* |
| U.S. COURT OF APPEALS FOR THE TENTH CIRCUIT | 05/31/2011 | ☑ Yes  ☐ No* |
| U.S. DISTRICT COURT - DISTRICT OF COLORADO | 04/07/2011 | ☑ Yes  ☐ No* |

\* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |
| | | |

\* Explain:

## ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes  ☑ No
Have you ever been disbarred from practice in any Court?   ☐ Yes  ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, and will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

1/30/2012                                       /s/ B. Lewis
Date                                            Signature of Applicant

Fee Receipt # phx118351

(Rev. 03/11)

In the United States District Court
For the District of Arizona

Brian Leland Lewis
Application for Pro Hac Vice Admission to the Bar of the Court

This separate sheet is additional information for my Application for Pro Hac Vice Admission to the Bar of the Court. I was admitted by examination to practice in the courts of the State of New Mexico. I have attached a copy of my State Bar of New Mexico License. I was also admitted by examination to practice in the Supreme Court of the Navajo Nation on November 4, 2010. My admission also allows me to practice in all of the District Courts of the Navajo Nation. The Supreme Court of the Navajo Nation did not issue me a Registration Number. I have attached a copy of my Navajo Nation Bar Association License.

For ease of reference, the Supreme Court of the Navajo Nation's address is:

Post Office Box 520
Window Rock, Navajo Nation (Arizona) 86515

Additionally, the Navajo Nation Bar Association, Inc.'s address is:

Post Office Box 690
Window Rock, Navajo Nation (Arizona) 86515




# United States District Court
## *District of New Mexico*

## CERTIFICATE OF GOOD STANDING

I, Matthew J. Dykman, Clerk of the United States District Court, of the District of New Mexico.

**DO HEREBY CERTIFY** That Brian L. Lewis was duly admitted to practice in said Court on August 4, 2011 and is in good standing as a member of the bar of said Court.

Dated at Albuquerque, New Mexico

on January 18, 2012

Matthew J. Dykman
_____
Clerk of Court

By _Maryann Richman_
Deputy Clerk



**THE UNITED STATES OF AMERICA**

for the Tenth Circuit

I, Elisabeth A. Shumaker, Clerk of the United States Court of Appeals for the Tenth Circuit,

**DO HEREBY CERTIFY** that Brian L. Lewis was

duly admitted to practice before this Court on May 31, 2011,

and is in good standing.  There have been no disciplinary actions instituted in this court.

Dated at Denver, Colorado, on November 7, 2011.

ELISABETH A. SHUMAKER
Clerk of Court

By _____
Deputy Clerk



# Certificate of Good Standing

## United States District Court
## District of Colorado

I, Gregory C. Langham, Clerk of the United States District Court
DO HEREBY CERTIFY

**BRIAN LELAND LEWIS**

was duly admitted to practice in said court on
**April 7, 2011**
and is in good standing as a member of the bar of said court.

Dated: January 10, 2012          Gregory C. Langham, Clerk

By: *Mark J Fredrickson*
Deputy Clerk