1  ANN BIRMINGHAM SCHEEL,
   Acting United States Attorney
2  BILL C. SOLOMON,
3  Assistant United States Attorney,
   AZ Bar Number 020012
4  Two Renaissance Square
   40 N. Central Ave., Suite 1200
5  Phoenix, AZ 85004
6  Tel. (602) 514-7500
   Fax (602) 514-7760
7
8  IGNACIA S. MORENO,
   Assistant Attorney General
9  DEVON LEHMAN McCUNE, Trial Attorney
   Colorado Bar No. 33223
10 United States Department of Justice
11 Environment and Natural Resources Division
   999 18th Street
12 South Terrace, Suite 370
   Denver, Colorado 80202
13 Tel: (303) 844-1487/Fax: (303) 844-1350
   Email: Devon.McCune@usdoj.gov
14
15 Attorneys for Defendant United States of America

16                    IN THE UNITED STATES DISTRICT COURT
17                         FOR THE DISTRICT OF ARIZONA

18  |                                   )
    | THE NAVAJO NATION                 )
19  |                                   )
    |          Plaintiff,               )
20  |                                   )
21  |             v.                    )   CV 11-08205 PCT PGR
    |                                   )   NOTICE OF APPEARANCE
22  | THE UNITED STATES DEPARTMENT      )
23  | OF THE INTERIOR, et al.,          )
    |                                   )
24  |          Defendants.              )

25

26     Please enter the appearance of Devon Lehman McCune for the Defendants United

27 States of America, Department of the Interior.  All files, papers, and correspondence to

28 Ms. McCune should be addressed as follows:

Notice of Appearance                                                              1
Case No. CV 11-080205

1  Devon Lehman McCune
2  U.S. Department of Justice
   Environment and Natural Resources Division
3  Natural Resources Section
   999 18th Street, South Terrace, Suite 370
4  Denver, CO 80202
   Telephone: 303-844-1487
5  Telefax: 303-844-1350
6  Email: Devon.McCune@usdoj.gov

7  Respectfully submitted this 7th day of February, 2012.

8                                       IGNACIA S. MORENO
9                                       Assistant Attorney General

10                                        s/ Devon Lehman McCune
                                        DEVON LEHMAN McCUNE
11                                      Trial Attorney
12                                      U.S. Department of Justice
                                        Environment & Natural Resources Division
13                                      Natural Resources Section
                                        999 18th St., South Terrace, Suite 370
14                                      Denver, CO  80202
15                                      (303) 844-1487 (tel.)
                                        (303) 844-1350 (fax)
16                                      Devon.McCune@usdoj.gov

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7th, 2012 I filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record in this matter.

DATED this 7th day of February, 2012.

    s/ Karmen Miller
Karmen Miller, Paralegal Specialist