Dana Bobroff, (AZ Bar # 019682)
Deputy Attorney General
Paul Spruhan (NM Bar # 12513)
Assistant Attorney General
William Gregory Kelly (AZ Bar # 026843)
Attorney, Natural Resources Unit
Navajo Nation Department of Justice
P.O. Box 2010
Window Rock, Arizona   86515-2010
Tel (928) 871-6347; Fax (928) 871-6177
gregkelly@nndoj.org
*Attorneys for the Navajo Nation*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| The Navajo Nation,<br><br>                                  Plaintiff,<br><br>vs.<br><br>The United States Department of the Interior, et al.,<br><br>                                  Defendants. | NO. CV-11-8205-PCT-PGR<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiff files this Notice of Supplemental Authority to apprise the Court of authority Plaintiff has newly discovered regarding the Interior Department's published interpretation of the relationship of the Archaeological Resources Protection Act ("ARPA"), P.L. 96-95, 16 U.S.C. §§ 470aa-470mm (2012), to the Native American Graves Protection and Repatriation Act ("NAGPRA") P.L. 101-601, 25 U.S.C. §§ 3001

1

*et seq*. The NAGPRA regulations promulgated by the Department of the Interior for "the appropriate disposition of human remains, funerary objects, sacred objects, or objects of cultural patrimony", 43 C.F.R. § 43.1(b)(1), specifically reference as authority for their promulgation the ARPA statute at 16 U.S.C. § 470dd, *see* 43 C.F.R. Part 10; *see also* 75 Fed. R. 12378, 12402 (March 15, 2010) ("The authority for part 10 is revised to read as follows: **Authority:** 25 U.S.C. 3001 *et seq.,* 16 U.S.C. 470dd (2), 25 U.S.C. 9.") (bold in original).[1]

As the Navajo Nation has previously briefed, (Pl.'s Resp. to Mot. Dismiss 9), 16 U.S.C. § 470dd expressly provides that "[a]ny exchange or ultimate disposition under [regulations promulgated pursuant to 16 U.S.C. 470dd] of archaeological resources excavated or removed from Indian lands shall be subject to the consent of the Indian or Indian tribe which owns or has jurisdiction over such lands." 16 U.S.C. § 470dd(2).

Dated this 14th day of June, 2012.

Respectfully Submitted,

*/s/ William Gregory Kelly*
William Gregory Kelly, AZ Bar # 026843
Attorney, Natural Resources Unit
Navajo Nation Department of Justice
P.O. Box 2010
Window Rock, Arizona 86515-2010
Tel (928) 871-6347; Fax (928) 871-6177
gregkelly@nndoj.org
*Attorney for the Navajo Nation*

---

[1] Without any comment by the Interior Department, the reference to 16 U.S.C. § 470dd in the NAGPRA regulations is slated to be removed pursuant to draft amendments to the regulations published after this action was filed.  *See* 77 Fed. R. 23196, 23200 (April 18, 2012).

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 14th, 2012, I filed the foregoing **Notice of Supplemental Authority** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record in this matter.

DATED this 2nd day of May, 2012.

*/s/ William Gregory Kelly*
William Gregory Kelly
*Attorney for Plaintiff*