ANN BIRMINGHAM SCHEEL,
Acting United States Attorney
BILL C. SOLOMON,
Assistant United States Attorney,
AZ Bar Number 020012
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, AZ 85004
Tel. (602) 514-7500
Fax (602) 514-7760

IGNACIA S. MORENO,
Assistant Attorney General
DEVON LEHMAN McCUNE,
Trial Attorney
Colorado Bar No. 33223
REUBEN S. SCHIFMAN,
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Tel: (303) 844-1487/Fax: (303) 844-1350
Email: Devon.McCune@usdoj.gov
Email: Reuben.Schifman@usdoj.gov
Attorneys for Federal Defendants

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| THE NAVAJO NATION, | No. CV 11-08205-PCT-PGR |
| Plaintiff, | |
| vs. | |
| THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY |
| Defendants. | |

Plaintiff filed a Notice of Supplemental Authority to apprise the Court that the implementing regulations of the Native American Graves Protection and Repatriation Act ("NAGRPA"), 25 U.S.C. §§ 3001 *et seq.*, reference the Archaeological Resources Protection Act ("ARPA"), 16 U.S.C. §§ 470aa–470mm, as authority. Plaintiff's "supplemental authority" is not *new* authority, as the regulations were promulgated in 2010. *See* 75 Fed. Reg. 12378. Because Plaintiff did not cite this "supplemental authority" in its brief, Defendants did not have an opportunity to address it in their reply brief, and respectfully do so here. This Response provides context and explains why ARPA is cited in the NAGPRA regulations, and why it is being removed.

With one exception, all NAGPRA regulations have cited NAGPRA as their sole authority. *See* 43 C.F.R. pt. 10, 60 Fed. Reg. 62,123, 62,158 (Dec. 4, 1995) (NAGPRA implementing regulations); 43 C.F.R. 10.12, 68 Fed. Reg. 16,354 (Apr. 3, 2003) (civil Penalties); 43 C.F.R. 10.13, 72 Fed. Reg. 13,184, 13,189 (Mar. 21, 2004) (compliance obligations for museums and collections). The exception is the regulations governing disposition of culturally unidentifiable human remains—remains for which there is no lineal descendant or cultural affiliation, and therefore no repatriation option under 25 U.S.C. § 30005. *See* 75 Fed. Reg. 12,378 (Mar. 15, 2010) (titled "[NAGPRA] Disposition of Culturally Unidentifiable Human Remains").

43 C.F.R. § 10.11 does not develop any ARPA disposition procedures. Regulations under ARPA for archaeological resources are being drafted but have not yet been promulgated. Rather, 43 C.F.R. § 10.11 deals only with the procedures — under NAGPRA — for disposition of NAGPRA culturally unidentifiable remains. This section was not promulgated to implement ARPA. Indeed, DOI's response to comments in the final rule regarding the Department's authority to promulgate it relies entirely on authority within NAGPRA. *See* 75 Fed. Reg. at 12380.

The reference to ARPA as authority was superfluous and was stricken in a final rule promulgated in July 2011. 76 Fed. Reg. 39,007, 39,009 (July 5, 2011). However, due to a scrivener's error, this amendment was not reflected in the published C.F.R.,

and the Department is again seeking to remove this reference in the most recent amendments to these regulations. 77 Fed. Reg. 23,196, 23,200 (Apr. 8, 2012).

Respectfully submitted this 26th day of June, 2012.

IGNACIA S. MORENO
Assistant Attorney General

  *s/ Devon Lehman McCune*
DEVON LEHMAN McCUNE
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO  80202
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
Devon.McCune@usdoj.gov

REUBEN S. SCHIFMAN,
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D St., NW
Washington, D.C. 20503
(202) 305-4224 (tel.)
(202) 305-0267 (fax)
Reuben.Schifman@usdoj.gov

Of Counsel:
CARLA MATTIX
United States Department of the Interior
Office of the Solicitor
San Francisco, CA 94104

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2012 I filed the foregoing RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record in this matter.

DATED this 26th day of June, 2012.

           s/ Karmen Miller
Karmen Miller, Paralegal Specialist