# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| The Navajo Nation,<br><br>         Plaintiff,<br><br>vs.<br><br>The United States Department of the Interior, et al.,<br><br>         Defendants. | NO. CV-11-8205-PCT-PGR<br><br>**NOTICE OF CHANGE OF ADDRESS AND FIRM NAME** |

  PLEASE TAKE NOTICE that effective December 1, 2012, William Gregory Kelly, Counsel for the Navajo Nation, is no longer with the Navajo Nation Department of Justice.  Mr. Kelly will continue to be counsel of record for the Plaintiff in this case. Please direct all future filings, orders and correspondence in this matter to Mr. Kelly at:

    William Gregory Kelly, Esq.
    Frye Law Firm, P.C.
    10400 Academy N.E., Suite 310
    Albuquerque, NM  87111
    Telephone: (505) 296-9400
    Facsimile: (505) 296-9401
    wgk@fryelaw.us

  Dated this 5th day of December, 2012.

1

Respectfully Submitted,

*/s/ William Gregory Kelly*
William Gregory Kelly, Esq.
Frye Law Firm, P.C.
10400 Academy N.E., Suite 310
Albuquerque, NM  87111
Telephone: (505) 296-9400
Facsimile: (505) 296-9401
wgk@fryelaw.us
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5th, 2012, I filed the foregoing **Notice of Change of Address and Firm Name** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record in this matter.

DATED this 5th day of December, 2012.

>	*/s/ William Gregory Kelly*
>	William Gregory Kelly
>	*Attorney for Plaintiff*