William Gregory Kelly (AZ Bar # 026843)
Frye Law Firm, P.C.
10400 Academy N.E., Suite 310
Albuquerque, NM  87111
Telephone: (505) 296-9400
Facsimile: (505) 296-9401
wgk@fryelaw.us

Dana Bobroff, (AZ Bar # 019682)
Deputy Attorney General
Paul Spruhan (NM Bar # 12513)
Assistant Attorney General
Brian L. Lewis (NM Bar # 141614)
Navajo Nation Department of Justice
P.O. Box 2010
Window Rock, Arizona   86515-2010
Tel (928) 871-6347; Fax (928) 871-6177

*Attorneys for the Navajo Nation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| The Navajo Nation,<br><br>                                Plaintiff,<br><br>vs.<br><br>The United States Department of the Interior, et al.,<br><br>                                Defendants. | NO. CV-11-8205-PCT-PGR<br><br>**RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY** |

The United States filed a Notice of Supplemental Authority on January 23, 2013,

and submitted *White, et al., v. University of California, et al.* (*White*), Case No. C 12-

1

10978 RS (N.D. Cal. Oct. 9, 2012), which is a case recently decided by the United

States District Court for the Northern District of California, and which was attached to

the Government's Notice as Exhibit "A".

Unlike here, the United States was not a party in *White*; *id.*; *see* NN Resp. Mot.

Dis. 15-17; the plaintiffs in *White* brought a challenge to a cultural affiliation

determination and repatriation decision that was made under the Native American

Graves Protection and Repatriation Act (NAGPRA), 25 U.S.C. § 3001, *et seq.*; *White*,

slip op. at 1-2; *see* NN Resp. Mot. Dis. 8-9; *see* Compl. 2, 11-13; the remains in *White*

were not taken from tribal treaty lands without the permission of the tribal land owner,

Compl. 4-7, but rather from state property belonging to the University of California;

*White*, slip op. at 1; *see* NN Resp. Mot. Dis. 2-7; and the decision maker in *White*

exhumed the human remains from its own lands, the remains were in its legal custody,

and NAGPRA applied,  *White*, slip op. at 1; *see* NN Resp. Mot. Dis. 7-8.

Dated this 31st Day of January, 2013.

Respectfully Submitted,

*/s/ William Gregory Kelly*
William Gregory Kelly (AZ Bar # 026843)
Frye Law Firm, P.C.
10400 Academy N.E., Suite 310
Albuquerque, NM  87111
Telephone: (505) 296-9400
Facsimile: (505) 296-9401
wgk@fryelaw.us
*Attorneys for the Navajo Nation*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2013, I filed the foregoing **Response to Notice of Supplemental Authority** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record in this matter.

DATED this 31st day of January, 2013.

*/s/ William Gregory Kelly*
William Gregory Kelly
*Attorney for Plaintiff*