# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| The Navajo Nation | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff | ) | CV-11-8205-PCT-PGR |
| | ) | |
| v. | ) | |
| | ) | |
| The United States Department of the Interior, et al., | ) ) ) | |
| Defendants | | |

\_\_\_   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed February 12, 2013,  judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed.

BRIAN D. KARTH
District Court Executive/Clerk

February 12, 2013

s/Tammy Johnson
By: Deputy Clerk

cc: (all counsel)