FILED

AUG 10 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NAVAJO NATION,<br>Plaintiff-Appellant,<br>v.<br>U.S. DEPARTMENT OF THE INTERIOR; et al.,<br>Defendants-Appellees. | No. 13-15710<br>D.C. No. 3:11-cv-08205-PGR<br>District of Arizona,<br>Prescott<br>ORDER |

Before: SCHROEDER, IKUTA, and CHRISTEN, Circuit Judges.

This court REMANDS this matter to the district court for the limited purpose of determining whether, under Civil Rule 19, at least one of the tribes identified as culturally affiliated with the subject remains and objects in the inventory published June 1, 2016 (*see* 81 Fed. Reg. 35,044) is a necessary and indispensable party to suit; and, if so, whether that party may be joined. This panel retains jurisdiction over any further appellate proceedings.